FILED
NOV 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE )
)
Plaintiff, )
  CASE NUMBER 1:06CV01959
v.
  JUDGE: Ricardo M. Urbina
AMERICAN UNIVERSITY et al.
  DECK TYPE: TRO/Preliminary Injunction
  DATE STAMP: 11/15/2006
Defendants. )
)

MOTION FOR LEAVE TO FILE COMPLAINT
AS ANNOYMOUS PLAINTIFF

Plaintiff herein, fully identified on the Attached Schedule, respectfully moves this Court for leave to file the verified complaint anonymously.

For the reasons set forth in more detail in the accompanying supporting memorandum, plaintiff submits that his privacy interests under the extant circumstances outweigh any concerns or need for public disclosure, and particularly so where there is no prejudice to the defendants who are fully aware of the plaintiff's identity.

A proposed order to carrying the instant motion into effect is attached for the Court's consideration.

1

Dated: November 15, 2006

                                        SHARP & ASSOCIATES

                                        _____
                                        Stephen W. Grafman (32912)
                                        William F. Boyer (479421)
                                        1215 19th Street, N.W.
                                        Washington, D.C. 20036
                                        Tele: (202)467-4114
                                        Fax: (202) 467-1625

                                        *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| JOHN DOE ) |  |
| ) |  |
| Plaintiff, ) | UNDER SEAL |
| v. ) | Civil Action No. 06 1959 |
| ) |  |
| AMERICAN UNIVERSITY et al. ) |  |
| ) |  |
| Defendants. ) |  |

PLAINTIFF'S SUPPORTING MEMORANDUM
FOR LEAVE TO FILE ANONYMOUSLY

Plaintiff John Doe (fully identified in the accompanying motion filed under seal) seeks leave of Court to proceed anonymously. In support of this motion, he avers as follows:

(1) Doe is a 21 year old student at American University who has been referred by defendants to a student hearing alleging that Doe raped a Female student at the school, an allegation he vehemently denies.

(2) Pursuant to the Student Conduct Code under which he has been charged, Doe is "assured of confidentiality" at this hearing, yet as set forth in simultaneously filed verified complaint, he is deserved of a fair proceeding.

1

(3) Doe has no recourse but to challenge this matter in court. Unless allowed to proceed anonymously, he will be confronted with a "Catch 22", that is he will have to publicly disclose his name (otherwise confidential) or forego challenging the inequitable confidential proceeding at issue.

(4) The defendants herein, American University and the Katsura Kurita Beltz, AU Director of the Judicial Arbitration and Mediation Services, are fully conversant with the identity of the plaintiff; his address; and all other information as procedurally pertinent to this proceeding, and will in no way be prejudiced by this anonymous filing.

(5) Similarly, the general public would otherwise not be entitled to the plaintiff's identity in the confidential student proceeding, and likewise cannot be prejudiced by this anonymous filing.

While Rule 10, FRCP specifies that the title of a complaint should, among other things, contain the names of all parties, both federal and state courts have recognized exceptions, most noticeably where the plaintiff has a substantial privacy right that outweighs the presumption of openness with respect to judicial proceedings. See e.g.

Doe v. Wolowitz, 2002 WL 1310614; see generally Wright and Miller 3d, Federal Practice & Procedure, Civil § 1321.

The instant case is just such a situation where privacy rights outweigh other considerations. Under the extant circumstances, a requirement that the plaintiff lay bear in public unproven and otherwise confidentially protected rights, can only serve to chill an individual's right to defend his reputation and good name, and cannot possibly advance the public interest.

WHEREFORE, for the reasons advanced and for such other reasons as the Court may deem appropriate, plaintiff Doe respectfully requests his motion should be granted, and he be allowed to proceed anonymously herein.

          SHARP & ASSOCIATES

          Stephen W. Grafman (32912)
          William F. Boyer (479421)
          1225 19th Street, N.W.
          Washington, D.C. 20036
          202/467-4114

          Counsel for Plaintiff

November 15, 2006