UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| JOHN DOE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN UNIVERSITY et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 06 1959 |

ORDER TO PROCEED ANNONYMOUSLY

Upon consideration of plaintiff's motion for leave to file complaint and proceed by pseudonym, and upon consideration of all matters relevant thereto, it is this 15 day of November 2006.

ORDERED that the plaintiff herein denominated John Doe, be and he is granted leave to file his complaint and proceed herein anonymously *subject to further order of the Court*. TFH

_____
Chief JUDGE

1

2