```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
JOHN DOE                      )
                              )
            Plaintiff,        )
                              )
     v.                       )   Civil Action No._____
                              )
AMERICAN UNIVERSITY et al.    )
                              )
                              )
            Defendants.       )
_____)
```

NOTICE OF HEARING

To: American University &
    Katsura Kurita Beltz

   PLEASE TAKE NOTICE that plaintiff in the above captioned case will move the Court for entry of a Temporary Restraining Order in this matter at the earliest possible time on Thursday November 16, 2006 as counsel may be heard. As of this notice time, we do not have a specific time, but will advise you as soon as we are advised in that regard.

                                   SHARP & ASSOCIATES

                                   _____/s/_____
                                   Stephen W. Grafman (#32912)
                                   William F. Boyer (#478421)
                                   1215 19th Street, N.W.
                                   Washington, D.C.  20036
                                   Tele: (202) 467-4114
                                   Fax: (202) 467-1625

                                   *Counsel for Plaintiff*