```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

```
_____
                              )
JOHN DOE                      )
                              )
            Plaintiff,        )
                              )
     v.                       )   Civil Action No.
                              )   1:06-cv-01959
AMERICAN UNIVERSITY et al.    )
                              )   Judge Ricardo M. Urbina
                              )
            Defendants.       )
_____)
```

NOTICE OF DISMISSAL

In reliance upon the November 30, 2006 letter received by plaintiff from defendant American University, a redacted copy of which is attached hereto as Exhibit A, and acting pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff John Doe hereby dismisses the instant action.

Dated:   December 1, 2006
                              SHARP & ASSOCIATES


                              _____/s/_____
                              Stephen W. Grafman (32912)
                              William F. Boyer (479421)
                              1215 19th Street, N.W.
                              Washington, D.C.  20036
                              Tele.(202) 467-1609
                              Fax (202 467-1625

                              Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that a true copy of the foregoing notice of dismissal was served by first class mail, postage prepaid, on Hisham O. Khalid, Associate General Counsel, American University, 4400 Massachusetts Avenue, N.W., Washington, D.C.  20036.

                                                _____/s/_____
                                                   William F. Boyer



# AMERICAN UNIVERSITY
W A S H I N G T O N, D C

November 30, 2006

<u>VIA FAX AND REGULAR MAIL</u>

Stephen Grafman, Esq.
Sharp & Associates
Attorneys At Law
1215 19th Street, N.W.
Washington, DC 20036

    Re: <u>John Doe v. American University, Civil Action No. 1:06-cv-01959</u>

Dear Stephen:

    I am writing to advise you that American University's Department of Public Safety has withdrawn its complaint against your client, ▓▓▓▓▓▓▓▓. Therefore, the disciplinary case in the Office of Judicial Affairs and Mediation Services will be dismissed and the issues raised in your lawsuit are moot.

    I ask that you file a praecipe with the Court dismissing this matter no later than tomorrow. Thank you.

Sincerely,

Hisham Khalid
Associate General Counsel

OFFICE OF GENERAL COUNSEL